UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Civil Action No: 24-CV-843

-----------------------------------------------------------------x
JOSEPH MOHABIR,

                      Plaintiff(s),

-against-

POWER COOLING INC.,

                      Defendant(s).
-----------------------------------------------------------------x

AFFIDAVIT OF SERVICE OF
SUMMONS IN A CIVIL ACTION
AND COMPLAINT

STATE OF NEW YORK, COUNTY OF KINGS SS: The undersigned, being duly sworn, deposes and says; deponent is not a party herein, is over 18 years of age and resides at Brooklyn, New York

That on February 09, 2024 at 3:03 p.m., at 43-43 Vernon Boulevard Long Island City NY 11101, deponent served **SUMMONS IN A CIVIL ACTION AND COMPLAINT** on **POWER COOLING INC.**, defendant named herein,

[ ] **INDIVIDUAL** — by delivering a true copy of each to said defendant, personally; deponent knew the person so served to be the person described as said defendant herein.

[X] **CORPORATION** — a DOMESTIC corporation, by delivering thereat a true copy of each to personally, **MICHELLE NARDONE (AUTHORIZED TO ACCEPT)** deponent knew said corporation so served to be the corporation described in said judicial subpoena as said defendant and knew said individual thereof.

[ ] **SUITABLE AGE PERSON** — by delivering thereat, a true copy of each to a person of suitable age and discretion.

[ ] **AFFIXING TO DOOR** — by affixing a true copy of each to the door of said premises, which is defendant's – actual place of business – dwelling place – usual place of abode – within the state. Deponent was unable, with due diligence to find defendant of a person of suitable age and discretion thereat, having called there.

[ ] **MAILING TO RESIDENCE** — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a postpaid envelope properly addressed to defendant at defendant's last known residence, at and deposited said envelope in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State.

[ ] **MAILING TO BUSINESS** — Within 20 days of such delivery or affixing, deponent enclosed a copy of same in a first-class post-paid envelope properly addressed to defendant at defendant's actual place of business at in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State. The envelope bore the legend "Personal and Confidential" and did not indicate on the outside thereof, by return address or otherwise, that the communication was from an attorney or concerned an action against the defendant.

[X] **DESCRIPTION**

| | | | | | | |
|---|---|---|---|---|---|---|
| Male | X White Skin | Black Hair | White Hair | 14-20 Yrs. | Under 5' | Under 100 Lbs. |
| X Female | Black Skin | Brown Hair | Bald | 21-35 Yrs. | 5'0" – 5'3" | 100-130 Lbs. |
| | Yellow Skin | Blonde Hair | Mustache | 36-50 Yrs. | 5'4" – 5'8" | 131-160 Lbs. |
| | Brown Skin | X Gray Hair | Beard | X 51-65 Yrs. | X 5'9" – 6'0" | 161-200 Lbs |
| | Red Skin | Red Hair | X Glasses | Over 65 Yrs | Over 6' | X Over 200 Lbs. |

Other Identifying features;

[ ] **Use in NYC Civil Ct.** — The words "CONSUMER CREDIT TRANSACTION" were prominently displayed at the top of the summons(es) and the additional legend was printed in not less than 12 point bold upper case type on the summons(es) pursuant to 22 NYCRR §208.6(d) and (f).

[X] **MILITARY SERVICE** — I asked the person spoken to whether defendant was in activity military service of the United State or of the state of New York in any capacity whatever and received a negative reply. The source of my information and the ground of my belief are the conversations and observations narrated. Upon information and belief, I aver that the defendant is not in the military service of New York State or of the United States as that term is defined in either the State or in the Federal statutes

Sworn to before me on:

Notary Public ANTHONY IGLESIAS
2/15/24 Commissioner of Deeds
City of New York - No. 2-12045
Certificate Filed in New York County
Commission Expires ____

KHALIED M. NASER     License No.: 2091375