# MENKEN SIMPSON & ROZGER LLP

80 PINE STREET, 33RD FLOOR
NEW YORK, NEW YORK 10005

TELEPHONE: (212) 509-1616
FACSIMILE: (212) 509-8088
WWW.NYEMPLOYEELAW.COM

BRUCE E. MENKEN
SCOTT SIMPSON
JASON J. ROZGER ᐃ
BRENNA RABINOWITZ
RAYA F. SAKSOUK

ᐃ ALSO ADMITTED NJ

ALAN SERRINS
OF COUNSEL

February 22, 2024

**BY ECF**
Hon. Hector Gonzalez, U.S.D.J.
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:   *Mohabir v. Power Cooling Inc.*
            Case No. 1:24-cv-00843-HG

Dear Judge Gonzalez:

    This firm is counsel for Plaintiff Joseph Mohabir in the above-captioned action. Please accept this letter in compliance with Your Honor's February 6, 2024 Status Report Order. *See* Dkt. No. 1 ("Plaintiff shall file a letter no longer than three pages on or before February 26, 2024, describing Plaintiff's efforts to serve Plaintiff's complaint and a summons on Defendant.").

    Plaintiff's process server served Defendant Power Cooling Inc. with the summons and complaint in this action on February 9, 2024, at its headquarters and principal place of business, 43-43 Vernon Blvd., Long Island City, NY 11101.[1] *See* ECF No. 5 (affidavit of service). Service was accepted by Michelle Nardone, who, on information and belief, is a management-level employee authorized to accept service on the company's behalf.

Respectfully submitted,

/s/

Bruce E. Menken

---

[1] *See* "About Us," Power Cooling Inc.: Heating, Cooling and Ventilation Specialists (2017), https://www.powercooling.com/about-us (noting that Long Island City location houses executive staff).