UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------- X
JOSEPH MOHABIR,                                      :
                                                                         :
                Plaintiff,     :     **24 Civ. 00843 (HG)**
                                                                         :
     -against-                                     :
                                                                         :     **DEFENDANT'S RULE 7.1**
POWER COOLING INC.,                             :     **DISCLOSURE STATEMENT**
                                                                         :
               Defendant.  :
------------------------------------------------------------------------- X

## RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Defendant Power Cooling Inc., through its attorneys Pechman Law Group PLLC, certifies that it has no parent corporation and that no publicly held corporation owns 10% or more of its stock.

Dated: New York, New York
       March 27, 2024

                                              PECHMAN LAW GROUP PLLC

                                          By:    /s/ Gianfranco Cuadra
                                                     Louis Pechman
                                                     Gianfranco J. Cuadra
                                                     488 Madison Avenue, 17th Floor
                                                     New York, New York 10022
                                                     Tel.: (212) 583-9500
                                                     pechman@pechmanlaw.com
                                                     cuadra@pechmanlaw.com
                                                     *Attorneys for Defendant*

## CERTIFICATE OF SERVICE

This is to certify that on March 27, 2024, Defendant Power Cooling Inc. filed its Rule 7.1 Disclosure Statement through the Court's ECF system and sent it by email to Plaintiff's counsel of record:

Bruce E. Menken, Esq.
MENKEN SIMPSON & ROZGER LLP
80 Pine Street, 33rd Floor
New York, New York 10005
Email: bmenken@nyemployeelaw.com

*Attorney for Plaintiff*

/s/ *Gianfranco Cuadra*
Gianfranco J. Cuadra
PECHMAN LAW GROUP PLLC
Attorneys for Defendant
Power Cooling Inc.