UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
JOSEPH MOHABIR,                                                  :
                                                                 :
                                    Plaintiff,                   :        **24 Civ. 00843 (HG)**
                                                                 :
                 -against-                                       :
                                                                 :        **NOTICE OF ACCEPTANCE**
POWER COOLING INC.,                                              :        **OF OFFER OF JUDGMENT**
                                                                 :
                                    Defendant.                   :
------------------------------------------------------------------- X

     **PLEASE TAKE NOTICE** that pursuant to Rule 68 of the Federal Rules of Civil
Procedure, Plaintiff Joseph Mohabir hereby accepts the attached Offer of Judgment of Defendant
Power Cooling Inc., dated and served April 3, 2024.

Dated:  New York, New York
       April 17, 2024

                            MENKEN SIMPSON & ROZGER LLP

                            By: _____
                            Bruce E. Menken, Esq.
                            80 Pine Street, 33rd Floor
                            New York, NY 10005
                            Office: 212-509-1616
                            Cellular: 973-432-1122
                            bmenken@nyemployeelaw.com
                            *Attorneys for Plaintiff*

To:  Gianfranco J. Cuadra, Esq.
    Louis Pechman, Esq.
    Pechman Law Group PLLC
    488 Madison Avenue, 17th Floor
    New York, New York 10022
    Tel.: (212) 583-9500
    cuadra@pechmanlaw.com
    pechman@pechmanlaw.com
    *Attorneys for Defendant*

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
JOSEPH MOHABIR,                                    :
                                                   :
                              Plaintiff,           :     **24 Civ. 00843 (HG)**
                                                   :
              -against-                             :
                                                   :     **OFFER OF JUDGMENT**
POWER COOLING INC.,                                :
                                                   :
                              Defendant.           :
-------------------------------------------------------------------- X

Pursuant to Rule 68 of the Federal Rules of Civil Procedure, Defendant Power

Cooling Inc. ("Defendant"), by its attorneys at Pechman Law Group PLLC, hereby offers

to allow judgment to be taken against it in favor of Plaintiff Joseph S. Mohabir in the gross

sum of Twenty-Three Thousand Dollars and Zero Cents ($23,000.00) (the "Payment") in

full and final settlement of all of Plaintiff's claims against Defendants in this Action,

including but not limited to those for unpaid overtime wages, prevailing wages,

liquidated damages, statutory damages, interests, attorneys' fees and costs, and all other

claims arising out of or related to the facts and transactions alleged or that could have

been alleged in the above-captioned action and any other possible claim by Plaintiff

against Defendant as set forth below.

If Plaintiff accepts this Offer of Judgment, Defendant shall pay the Payment within

ten (10) business days of the termination with prejudice of this Action. Defendant shall

pay Plaintiff's portion of the Payment subject to applicable federal and state tax

deductions and withholdings and Plaintiff's attorney's portion of the Payment without

deductions or withholdings.

This Offer of Judgment is made for the purposes specified in Federal Rule of Civil

Procedure 68, and neither this Offer of Judgment nor any judgment that may result from

it shall be construed in any manner whatsoever as either an admission of liability on the part of any Defendant or an admission that Plaintiff has suffered any damages.

Acceptance of this Offer of Judgment will act to release and discharge Defendant, including all of its successors, predecessors, and parent and affiliated entities, and including all of its and their respective owners, board members, managers, officers, insurers, agents, and assigns (together, the "Releasees"), from any and all claims that Plaintiff alleged or could have alleged in the above-referenced action concerning or arising out of the payment of wages under the Fair Labor Standards Act, 29 U.S.C. § 201 *et seq.*, the New York Labor Law, the New York Wage Theft Prevention Act, including any claims for unpaid prevailing wages under any theory, including third-party beneficiary to a contract theories. The foregoing release further includes, but is not limited to, any and all claims under the New York State Human Rights Law, the New York City Human Rights Law, Title VII of the Human Rights Act of 1964 as amended, the New York State and City Sick and Safe Leave Law, the Family Medical Leave Act, the New York State Paid Family Leave Act, the Employee Retirement Income Security Act of 1974 as amended, the federal and New York State Worker Adjustment and Retraining Acts, and all other federal, state, and local statutory, common law, admiralty, and equitable claims, whether known or unknown and whether asserted or unasserted, concerning or arising out of Plaintiff's employment or alleged employment with Defendant and/or Releasees or otherwise. Acceptance of this offer of judgment will also operate to waive Plaintiff's right to any claim of interest on the amount of the judgment.

This Offer of Judgment is made pursuant to the provisions of Rule 68 of the Federal Rules of Civil Procedure and shall be deemed withdrawn unless Plaintiff serves written notice of acceptance within fourteen (14) days of the date on which this Offer of Judgment

2

was served.  Any evidence of this Offer of Judgment shall be inadmissible except in any

proceeding to enforce its terms.

Dated:  New York, New York
       April 3, 2024

                              PECHMAN LAW GROUP PLLC

                              By: _____
                                 Gianfranco J. Cuadra, Esq.
                               Louis Pechman, Esq.
                               488 Madison Avenue, 17th Floor
                               New York, New York 10022
                               Tel: (212) 583-9500
                               cuadra@pechmanlaw.com
                               pechman@pechmanlaw.com
                               *Attorneys for Defendant*

To: Bruce E. Menken, Esq.
    Menken Simpson & Rozger LLP
    80 Pine Street, 33rd Floor
    New York, New York 10005
    Tel: (212) 509-1616
    bmenken@nyemployeelaw.com
    *Attorneys for Plaintiff*