UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X
JOSEPH MOHABIR,                                                     :
                                                                    :
                Plaintiff,     :   24 Civ. 00843 (HG)
                                                                    :
     -against-                                                    :
                                                                    :   **JUDGMENT**
POWER COOLING INC.,                                                 :
                                                                    :
                Defendant.    :
------------------------------------------------------------------- X

      Plaintiff Joseph Mohabir recovers from Defendant Power Cooling the total amount of Twenty-Three Thousand Dollars and Zero Cents ($23,000.00), inclusive of attorneys' fees and costs, as set forth and subject to the terms in the accepted offer of judgment (ECF No. 15).

Dated:  Brooklyn, New York

      April 19, 2024

                                                        **BRENNA B. MAHONEY**
                                                       **CLERK OF COURT**
                                                       by: _/s/ Jalitza Poveda_____
                                                                  Deputy Clerk